977 So.2d 927 (2008)
STATE ex rel. Rodney W. MACON
v.
STATE of Louisiana.
No. 2007-KH-1168.
Supreme Court of Louisiana.
March 14, 2008.
In re Macon, Rodney Wayne;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. I, No. 112-549.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 *928 (La.5/8/98), 711 So.2d 694; cf. La.C.Cr.P art. 930.4(D).